NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**SHASTA CASEY HOWELL, aka Shasta Casey
Howell McCallum,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

_____

2024-2308

_____

Appeal from the United States Court of Federal Claims
in No. 1:24-cv-00362-SSS, Judge Stephen S. Schwartz.

_____

**O R D E R**

The United States moves the court to summarily affirm
the decision and judgment of the United States Court of
Federal Claims, ECF No. 6. Upon considering the
appellant having failed to pay the docketing fee required
by Federal Circuit Rule 52(a)(1) within the time permitted
by the rules, it is

2                             HOWELL V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules. The motion for summary affirmance submitted by the United States is mooted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 11, 2025
Date